FISHER & PHILLIPS, LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
ELIZABETH A. HANSON, ESQ.
Nevada Bar No. 16249
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: mricciardi@fisherphillips.com
ehanson@fisherphillips.com

*Attorneys for Defendant*

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KELSEY JOHNSON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>INTOUCHCX US INC., a Colorado Corporation,<br><br>Defendant. | Case No: 2:26-cv-02016-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant will have an extension of time up to and including **September 11, 2026**, in which to file its response to Plaintiff's Complaint (ECF No. 1). This Stipulation is submitted and based on the following:

1. Defendant, IntouchCX US Inc., waived service of summons on July 10, 2026 (ECF No. 6).

2. Defendant's counsel needs additional time to gather facts to respond to Plaintiff's Complaint.

3. The parties have agreed to extend the deadline for Defendant to file its response to Plaintiff's Complaint to September 11, 2026, to allow Defendant sufficient time to address the allegations within Plaintiff's Complaint.

4. This is the first stipulation to extend the time for Defendant to respond to Plaintiff's Complaint.

5. The parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

6. This Stipulation is made in good faith and not for the purpose of delay.

7. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 4th day of September 2026.

GREENBERG GROSS, LLP

*/s/ Eric K. Lundy*
Matthew T. Hale, Esq.
Eric K. Lundy, Esq.
1980 Festival Plaza Drive
Suite 730
Las Vegas, NV 89135
*Attorneys for Plaintiff*

FISHER & PHILLIPS, LLP

*/s/ Elizabeth A. Hanson*
Mark J. Ricciardi, Esq
Elizabeth A. Hanson, Esq.
300 S. Fourth Street
Suite 1500
Las Vegas, Nevada 89101
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

U.S. DISTRICT MAGISTRATE JUDGE

September 5, 2026
DATED



FP 66209971.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101